IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAWN BEQUETTE, # 11524-025, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 15-cv-1408-MJR |
| SGT KRAMER, and ROBERT DEWALL, | ) ) ) ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, Chief District Judge Michael J. Reagan, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant(s).  Plaintiff shall recover nothing, and the action is **DISMISSED on the merits without prejudice,** the parties to bear their own costs.  This dismissal shall not count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: February 11, 2016

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tanya Kelley
           Deputy Clerk

APPROVED:   *s/Michael J. Reagan*
                     Michael J. Reagan, Chief Judge
                     United States District Court